**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Angela  G. Clough v. Bryan S. Ryan

Appellate case number:   01-21-00474-CV

Trial court case number:  101576-F

Trial court:                      300th District Court of Brazoria County

Appellant, Angela G. Clough, has filed a second "Unopposed Motion to Extend Time to File Parties' Notification to Court of Mediator and Motion to Extend Deadline to Conduct Mediation." Appellant's motion is **granted.** The deadline for the parties to notify the Court of their selection of mediator is December 13, 2021. The deadline for the parties to conduct mediation is January 14, 2022.

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                                        Acting individually

Date:  November 23, 2021